UNITED STATES *v.* WOODSON ET AL.

No. 162. Decided October 8, 1962.

*Solicitor General Cox, Assistant Attorney General Loevinger* and *Lionel Kestenbaum* for the United States.

*John J. Carmody, John J. Wilson, Charles J. Steele, Francis J. Kelly, Lawrence J. Latto, Francis M. Shea, Richard T. Conway, Ellsworth T. Simpson, William F. Kelly, Richard H. Nicolaides* and *W. V. T. Justis* for appellees.

PER CURIAM.

The judgment is reversed. *United States* v. *Wise,* 370 U. S. 405.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.